***Managing Partner***
Darren Aronow† € ῦ □

***Associates***
Hanin Shadood †
Daniel McCarthy †
Barney J. Giannone †
***Of Counsel***
Dana Aronow †
Brian Flick ○
Rusty Payton ◊
Seth Crosland ¥
Edvard Shprukhman ῷ ≠
Robert Prousalis ₤
Abraham Michelson ¤

# ARONOW LAW, P.C.

***20 Crossways Park Drive North, Suite 210**
**Woodbury, New York 11797**
**Tel: (516)-762-6700**
**Fax: (516)-717-3298**
*1704 Flatbush Avenue, 1st Floor*
*Brooklyn, NY 11210*
*Tel: (917)-654-9840*
****No Mail Received In Brooklyn****

***Admitted In***:
New York†
New Jersey €
Ohio○
Illinois◊
Pennsylvania □
Virginia ῦ
Texas ¥
Massachusetts ₤
Washington D.C. ≠
Wisconsin ¤
Maryland ῷ

**April 22, 2019**

**Chief Judge Carla E. Craig**
**U.S. Bankruptcy Court, EDNY**
**Conrad B. Duberstein Courthouse**
**271-C Cadman Plaza East - Suite 1595**
**Brooklyn, NY 11201-1800**

Re: Letter Adjourning Hearing on Confirmation
Debtor: Cecil Haynes
Bankruptcy: 18-44538

Dear Honorable Chief Judge Craig:

Please allow this amended letter to serve as notice that the Hearing on Confirmation originally scheduled for May 1, 2019 at 10:00A.M. is adjourned by the Chapter 13 Trustee, Michael J. Macco, to **June 20, 2019 at 10:00A.M.**

Respectfully Submitted,

/s/ Hanin R. Shadood
Hanin R. Shadood, Esq.
Aronow Law, P.C.
Attorneys for the Debtor
20 Crossways Park Drive North,
Suite 210
Woodbury, NY 11797