*Managing Partner*
Darren Aronow† € ῦ ◻

---
*Associates*
Hanin Shadood †
Barney J. Giannone †
*Of Counsel*
Dana Aronow †
Brian Flick ○
Rusty Payton ◊
Seth Crosland ¥
Edvard Shprukhman ϕ ≠
Robert Prousalis £
Abraham Michelson ¤



# ARONOW LAW, P.C.

**\*20 Crossways Park Drive North, Suite 210**
**Woodbury, New York 11797**
**Tel: (516)-762-6700**
**Fax: (516)-717-3298**
*1704 Flatbush Avenue, 1st Floor*
*Brooklyn, NY 11210*
*Tel: (917)-654-9840*
**\*\*No Mail Received In Brooklyn\*\***

*Admitted In*:
New York†
New Jersey €
Ohio○
Illinois◊
Pennsylvania ◻
Virginia ῦ
Texas ¥
Massachusetts £
Washington D.C. ≠
Wisconsin ¤
Maryland ϕ

---

July 15, 2019

**Chief Judge Carla E. Craig**
**U.S. Bankruptcy Court, EDNY**
**Conrad B. Duberstein Courthouse**
**271-C Cadman Plaza East - Suite 1595**
**Brooklyn, NY 11201-1800**

      Re:      Confirmation and Motion to Dismiss Hearing
      Debtor:   Cecil Haynes
      Bankruptcy:  18-44538

Dear Honorable Chief Judge Craig:

      This firm represents Cecil Haynes (hereinafter "Mr. Haynes"), in relation to the above-referenced Chapter 13 Bankruptcy Case. Please allow this letter to serve as notice that our office has not been able to speak with Mr. Haynes to discuss the Motion to Dismiss. The Debtor has been unresponsive to our ample requests for contact, and we have not been able to obtain consent to act on his behalf.

      Should this Honorable Court have any additional questions or concerns, please do not hesitate to contact the undersigned.

Respectfully Submitted,

/s/ Hanin R. Shadood
Hanin R. Shadood, Esq.
Aronow Law, P.C.
Attorneys for the Debtor
20 Crossways Park Drive North,
Suite 210
Woodbury, NY 11797