# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

**In re:**

Cecil Haynes

**Case No.:** 1844538

**Chapter:** 13

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
**CLAIM** 1

Now comes U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. 2007-AHL1, Asset-Backed Pass-Through Certificates Series 2007-AHL1, and hereby withdraws its Notice of Mortgage Payment Change which was filed in this Court on 03/26/2019. The Notice of Mortgage Payment Change ("Notice") is being withdrawn as it was inadvertently filed.

The property is secured by a non primary residence.

Respectfully submitted,

/s/John Tamburo

VP Loan Documentation

Wells Fargo Bank, N.A.

MAC N9286-01Y

1000 Blue Gentian Road

Eagan MN 55121-7700

800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Eastern District of New York

Chapter 13 No. 1844538
Judge: Carla E. Craig

In re:

Cecil Haynes

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 10, 2019 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Cecil Haynes
846 Clarkson Avenue

Brooklyn NY 11234

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:    By Court's CM/ECF system registered email address

Darren Aronow
Aronow Law Firm P.C.
20 Crossways Park Drive North
Suite 210
Woodbury NY 11797

By Court's CM/ECF system registered email address

N/A

Trustee:    By Court's CM/ECF system registered email address

Michael J. Macco
Trsutee
2950 Express Drive South
Suite 109
Islandia NY 11749

/s/John Tamburo
_____
VP Loan Documentation
Wells Fargo Bank, N.A.